IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:22-CV-394-D

ZIPPY EXPRESS, LLC,

    Plaintiff,

v().

UTICA MUTUAL INSURANCE COMPANY,

    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff Zippy Express, LLC and Defendant Utica Mutual Insurance Company, by and through undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims in this action by all parties with prejudice.

    Respectfully submitted, this the 25th day of May, 2023.

**MEYNARDIE & NANNEY, PLLC**

    */s/ Joseph H. Nanney, Jr.*
Joseph H. Nanney, Jr.
NC Bar No. 18355
5700 Six Forks Road, Suite 201
Raleigh, NC  27609
Ph: 919-747-7374
Fax:  919-891-0006
Email:  joe@mnlaw-nc.com
*Attorney for Plaintiff*

**MCANGUS GOUDELOCK & COURIE, PLLC**

/s/Luke A. Dalton
Luke Andrew Dalton
NC Bar No. 41188
Email: luke.dalton@mgclaw.com
4130 Parklake Avenue, Suite 550
Raleigh, North Carolina 27612
Phone: (919) 719-8204
Fax: (919) 510-9825
*Attorney for Utica Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I filed this Stipulation of Dismissal with the Court's electronic filing system, which shall give notice to all parties.

This the 25th day of May, 2023.

                                                 */s/ Joseph H. Nanney, Jr.*
                                                 Joseph H. Nanney, Jr.